**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01543-CR

**MIGUEL ANTONIO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82782-2012**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's March 31, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order. If we do not received the reporter's record within the specific time period noted above, the appeal will be abated.

/s/    DAVID EVANS
        JUSTICE